# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

MELISSA TANTANELLA,

    Plaintiff,

v.                                                                   Case No: 2:12-cv-671-Ftm-99SPC

POLLACK & ROSEN, P.C. and DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice (Dkt. #8).  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 1st day of March, 2013.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\12-cv-671 dismiss 8.docx